IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL L. MAYES;
JONATHAN D.M. MAYES,

       1:14-cv-02042-CL

    Plaintiffs,

v.                               **ORDER**

STEVEN D. CAMPBELL, et al.,

    Defendants.

---

**PANNER, District Judge:**

    On April 7, 2015, Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#40), and the matter is now before this Court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiffs have filed Objections (#42) and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313

1 - ORDER

(9th Cir. 1981).

I have given this matter *de novo* review. I find no error. This case is DISMISSED with prejudice. All pending motions are DENIED as moot.

IT IS SO ORDERED.

DATED this 28 day of April, 2015.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER